# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Neal Preston

               Plaintiff,

v.                                     Case No.: 1:17–cv–08237

                                       Honorable Charles P. Kocoras

Bank of America, National Association, et al.

               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 14, 2018:

      MINUTE entry before the Honorable Charles P. Kocoras: Pursuant to Notice of Voluntary Dismissal filed on 2/13/2018 [30], all claims against Defendants, Bank of America and Mercantile Adjustment Bureau, LLC are dismissed. Civil case terminated. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.